UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL RUIZ,<br><br>        Plaintiff,<br><br>        v.<br><br>BRYAN STAMPER, dba CONCRETE EQUIPMENT ZONE, LLC,<br><br>        Defendant. | No. 2:16-cv-2716 MCE DB PS<br><br><br>ORDER |

      Plaintiff is proceeding in this action pro se. This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). This matter is set for a Status (Pretrial Scheduling) Conference on April 11, 2017, before the undersigned. (ECF No. 7.)

      However, on March 29, 2017, plaintiff filed a status report. (ECF No. 9.) Therein, plaintiff represents that "Plaintiff intends to file a Motion for Leave to Amend his Complaint if counsel for Defendant is unwilling to stipulate," and that "Plaintiff, through his anticipated new attorney, conferred with counsel for Defendant . . . ." (Id. at 3.) In this regard, it appears that this matter is not yet ready for scheduling.

////

////

1

Accordingly, **IT IS HEREBY ORDERED** that:

1. The April 11, 2017 Status (Pretrial Scheduling) Conference is continued to **June 9, 2017, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned; and

2. Plaintiff may file a motion seeking leave to file an amended complaint or the parties' may file a stipulation permitting plaintiff to file an amended complaint on or before May 5, 2017.

Dated: April 7, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/ruiz2716.hrg.cont

2