UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL RUIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>BRYAN STAMPER, dba CONCRETE EQUIPMENT ZONE, LLC,<br><br>    Defendant. | No. 2:16-cv-2716 MCE DB PS<br><br>ORDER |

On April 10, 2017, the court issued an order setting this matter for a Status (Pretrial Scheduling) Conference on June 9, 2017. (ECF No. 11.) On June 9, 2017, the Status (Pretrial Scheduling) Conference was held. Authur A. Zorio appeared telephonically on behalf of defendants Bryan Stamper and Concrete Equipment Zone, LLC. However, there was no appearance by, or on behalf of, plaintiff Israel Ruiz. Pursuant to Federal Rule of Civil Procedure 41(b), the failure of plaintiff to prosecute may be grounds for dismissal of this case.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff show cause in writing on or before **Monday, June 26, 2017**, as to why this matter should not be dismissed for failure to prosecute;

////

////

1

2. The June 9, 2017 Status (Pretrial Scheduling) Conference is continued to **Friday, July 28, 2017, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned;

3. Plaintiff shall file an updated status report on or before **Friday, July 14, 2017**; and

4. Plaintiff is cautioned that the failure to timely comply with this order may result in a recommendation that this case be dismissed.

Dated: June 9, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:E(bw)
DB\orders\orders.pro se\ruiz2716.osc